

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-15-00646-CR

Jimmy Rodgers **WHARTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14443
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due August 12, 2016. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court